UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| POWER THE FUTURE,<br><br>        *Plaintiff*,<br><br>     v.<br><br>DEPARTMENT OF STATE,<br><br>        *Defendant*. | Civil Action No. 24-472 (DLF)<br>(consolidated with 24-768) |

**JOINT STATUS REPORT**

The Parties, by and through respective undersigned counsel, respectfully submit this Joint Status Report in response to the Court's Minute Order of March 20, 2025.

This case relates to two Freedom of Information Act ("FOIA") requests filed by Plaintiff Power the Future with Defendant Department of State (the "Department"). Plaintiff filed the Complaint on February 20, 2024 (ECF No. 1). Defendant answered the Complaint on April 11, 2024 (ECF No. 6).

As previously reported, the Department made a final production of records on January 3, 2025.

The Department reports that, with respect to the FOIA request in Civ. A. No. 24-472, its searches are complete, and the Department's position is that it has finished processing all collected records.

The Department further reports that, with respect to the FOIA request in Civ. A. No. 24-768, its searches are also complete, and the Department's position is that it has finished processing all collected records.

As previously reported, Plaintiff previously requested that the Department reconsider or provide an Index of redactions on twenty-two pages. On January 17, 2025, the Department provided a *Vaughn* Index of those withholdings, which Plaintiff has reviewed. The Department has also re-released five records with modified withholdings, and the parties have continued to negotiate with respect to the Department's withholdings to determine whether there is a possibility of settlement or whether this matter needs to be briefed. In particular, the Department is considering a further re-release of certain withholdings made under Exemption 6, and the Department is also considering Plaintiff's proposal regarding withholdings made under Exemption 5.

Accordingly, the parties respectfully request that they file a joint status report on or before May 14, 2025, in order for the parties to continue negotiations on how best to resolve this matter and propose a briefing schedule.

Dated: April 14, 2025

Respectfully submitted,

*/s/ Matthew D. Hardin*
Matthew D. Hardin
D.C. Bar No. 1032711
101 Rainbow Drive # 11506
Livingston, TX 77399
Tel: (202) 802-1948
MatthewDHardin@gmail.com

*Counsel for Plaintiff*

EDWARD R. MARTIN, JR.
D.C. Bar No. #481866
United States Attorney

*/s/ Kartik N. Venguswamy*
KARTIK N. VENGUSWAMY
D.C. Bar #983326
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
Tel: (202) 252-1790
kartik.venguswamy@usdoj.gov

*Counsel for United States of America*